E-filing

COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. 1983

NAME __WEAVER    WILLIE__
     (LAST)    (FIRST)    (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

SECOND, THIRD WATCH 03/16/08 WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS, INMATES
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. CV 08 1584 JW (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
[NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS]

A. PLACE OF PRESENT CONFINEMENT __P.S.U__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

appeal at each level of review, if you did not pursue a certain level of appeal explain why.
1. Informal Appeal _____
2. First Formal Level _____
3. Second For Level _____

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure. Explain why. STILL BEING PROCESSED

II. PARTIES
A. Write your name and your persent address. Do the same for additional plaintiff. If any. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. Write the full name of each defendant his or her official position, and his or her place of employment. PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531. WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS ON SECOND, THIRD WATCH, INMATE IN CELL 204

COMPLAINT                     - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE. DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUES. IF YOU HAVE MORE THAN ONE CLAIM EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

DEFENDANT(S) REFUSE TO STOP HARRASSING PLAINTIFF 204 CELL CONTINUE YELLING ON THE TIER, YOU BETTER GET THE FUCK OUT OF HERE 210 PLAINTIFF CELL, PLAINTIFF IS BEING CALLED NAMES FROM CELL 204 EVERY DAY ALL DAY. DEFENDANT(S) REFUSE TO STOP HARRASSING PLAINTIFF DEFENDANTS ARE THREATING PLAINTIFF ALSO, THE DEFENDANT(S) ON 03/16/08 SECOND, THIRD

IV. RELIEF. SHOWED DELIBERATE INDIFFEREN
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 30,000 THIRTY THOUSAND DOLLARS DUE TO: HARRASSMENT'(S), THREATING'(S) CONSPIRACY'(S) UNITED STATES CONSTITUTION VIOLATIONS, PENAL CODE VIOLATION.

PUNITIVE DAMAGES: 30,000 THIRTY THOUSAND DOLLARS DUE TO: MENTAL STRESS STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED THIS ___03___ DAY OF ___16___ 2008

COMPLAINT     - 3 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY CA. 95531

CONFIDENTIAL
LEGAL MAIL

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY
P.S.U. UNIT B-2

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES